

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2018

No. 04-18-00262-CR

Joe Anthony **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 17-03-0189-CRA
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on December 10, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2018.

_____
Keith E. Hottle
Clerk of Court